UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KURT MOODY,

    Plaintiff,                                         Case No. 23-10508

v.                                                  Honorable Nancy G. Edmunds

LIVINGSTON, COUNTY OF,

    Defendant.
_____/

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
OCTOBER 17, 2023 REPORT AND RECOMMENDATION [22]**

This is a pro se lawsuit filed by Plaintiff Kurt Moody against Defendant Livingston County. (ECF No. 1.) The case has been referred to Magistrate Judge David R. Grand for all pre-trial matters. (ECF No. 9.) Before the Court is the Magistrate Judge's report and recommendation to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 41(b) and deny Defendant's renewed motion to dismiss as moot. (ECF No. 22.) No party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *See Hall v. Rawal*, No. 09-10933, 2012 U.S. Dist. LEXIS 120541, at *2 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). Nonetheless, the Court has reviewed the matter and agrees with the Magistrate Judge. Thus, the Court ACCEPTS AND ADOPTS the report and recommendation (ECF No. 22). Accordingly, Plaintiff's complaint is DISMISSED WITH PREJUDICE, and Defendant's motion to dismiss (ECF No. 18) is DENIED AS MOOT.

1

SO ORDERED.

                                                    <ins>s/Nancy G. Edmunds</ins>
                                                    Nancy G. Edmunds
                                                    United States District Judge

Dated: November 6, 2023

I hereby certify that a copy of the foregoing document was served upon counsel of record on November 6, 2023, by electronic and/or ordinary mail.

                                                    <ins>s/Lisa Bartlett</ins>
                                                    Case Manager